# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON PATRICK LINK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 15-819 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| TODD A. ADAMSKI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636 and Local Rule of Civil Procedure 72.

On October 14, 2015, the Magistrate Judge issued a Report (Doc. 61) recommending that the Court grant Defendants' Motions to Dismiss (Docs. 44 & 51). Service of the Report and Recommendation was made on the parties, and Plaintiff has filed Objections. *See* Doc. 62.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Defendants' Motions (**Docs. 44 & 51**) to dismiss are **GRANTED**; this case is **DISMISSED WITH PREJUDICE**[1]; and the Magistrate Judge's Report and Recommendation hereby is adopted as the Opinion of the District Court.

---

[1] Based on the analyses in the Report and Recommendation, the Court determines that the deficiencies in Plaintiff's pleadings cannot be cured by amendment. Thus, the dismissal is with prejudice. In addition, Plaintiff's recent request (*see* Doc. 64 at 1) that the District Court delay resolution of Defendants' Motions, pending his further "investigation" of Magistrate Judge Kelly, is denied. While the Court certainly has no reason to believe that the Magistrate Judge's actions have been anything but proper, Plaintiff may rest assured that the undersigned has

IT IS SO ORDERED.

November 9, 2015                                              s\Cathy Bissoon
                                                              Cathy Bissoon
                                                              United States District Judge

cc (via ECF email notification):

All counsel of record


cc (via First-Class, U.S. Mail):

Brandon Patrick Link
3838 Fircrest Drive
Charlotte, NC  28217

---

conducted a detailed, independent review of the record in determining that Defendants' Motions must be granted.